Troy Foster #017229
Megan Weides #033552
**THE FOSTER GROUP, PLLC**
902 W. McDowell Rd.
Phoenix, Arizona 85007
Tel. (602) 932-5431
tfoster@thefosterlaw.com
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Khrystya Mala, an individual, | Case No.: |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| MOOV Technologies, Inc., a Delaware corporation; Steven Zhou, an individual; and Maxam Yeung, an individual, | |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446 and L.R.Civ. 3.6 of the Local Rules of Civil Procedure of the United States District Court for the District of Arizona, Defendants MOOV Technologies, Inc., Steven Zhou, and Maxam Yeung, file this Notice of Removal for the following reasons:

1. A civil action has been commenced and is now pending in the Superior Court of Arizona, Maricopa County, Case No. CV2021-018663, with above caption.

2. Pursuant to L.R.Civ. 3.6(b), the following documents are attached as Exhibit A:

   - Complaint (filed 12/07/2021)

   - Civil Cover Sheet (filed 12/07/2021)

   - Certificate of Compulsory Arbitration (filed 12/07/2021)

   - Waiver of Service (filed 01/07/2022)

1

3. Pursuant to L.R. Civ 3.6(b), the undersigned counsel verifies that, to the best of his knowledge and belief, the documents attached as Exhibit A to this Notice of Removal are true and complete copies of all pleadings and other documents filed in the state court proceeding.

4. To save costs as required by the rules, Defendant accepted service of the Complaint and Summons on January 7, 2022.

5. This Notice of Removal is being filed within thirty (30) days of the filing of the acceptance of service and is timely under 28 U.S.C. § 1446(b).

6. This is an action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and which is removeable to this Court pursuant to 28 U.S.C. § 1441(a) because the action involves a federal question. Plaintiff's Complaint asserts causes of action for alleged violations of the Americans with Disabilities Act and Title VII of the Civil Rights Act of 1964, as amended, among two state law causes of action. This Court has supplemental jurisdiction over state law causes of action pursuant to 28 U.S.C. § 1367(a).

7. Pursuant to 28 U.S.C. § 1446(d) and L.R.Civ. 3.6(a), Defendants are contemporaneously filing a Notice of Filing of removal with the Clerk of the Superior Court, Maricopa County, a copy of which is attached as Exhibit B. Defendants have also on this date given written notice of this filing to Plaintiff pursuant to 28 U.S.C. § 1446(d).

8. The undersigned counsel certifies that Defendants have consented to the removal of this action to federal court.

For the foregoing reasons, Defendants hereby remove this action from the Maricopa County Superior Court to the United States District Court for the District of Arizona.

**RESPECTFULLY SUBMITTED**  this 26th day of January, 2022.

/s/ Troy P. Foster
Troy Foster
Megan Weides
**The Foster Group, PLLC**
902 W. McDowell Road
Phoenix, Arizona 85007
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2022, a true copy of the foregoing document was filed with the ECF system and will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

**GEORGE K. CHEBAT (034232)**
**Enara Law, PLLC**
7631 East Greenway Road, Suite B-2 Scottsdale,
Arizona 85260
Telephone: (602) 687-2010
George@EnaraLaw.com
*Counsel for Plaintiff*

/s/ Christina Garcia

3